IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR68 |
| | ) | |
| vs. | ) | |
| | ) | |
| RYAN A. BENSCOTER and | ) | ORDER |
| CHAD M. STOOPS, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on the defendant Ryan A. Benscoter's Motion to Continue Trial [46]. Counsel needs additional time to explore plea negotiations. The defendant has previously complied with NECrimR 12.1(a) at filing [33]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [46] is granted, as follows:

1. The jury trial, **for both defendants**, now set for June 2, 2015 is continued to **August 11, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 11, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED May 27, 2015.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**